## Roop's Estate.

*Arthur F. Schneider*, for exceptant; *H. Lawton Russell*, contra.

HENDERSON, J., October 30, 1931.—A careful examination of the record and of the briefs submitted by counsel leads us to the conclusion that there is no merit in the exceptions and that the Auditing Judge was right and for the reasons given by him.

The exceptions are dismissed and the adjudication is confirmed absolutely.